B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Samuel S Islas

**BANKRUPTCY NO.** 8:10−bk−20756−TA

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−0222
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 11/30/10

**Address:**
12172 W. Edinger, Apt. 208
Fountain Valley, CA 92708

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: November 30, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

21 / GJW

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: jwrightC              Page 1 of 1                   Date Rcvd: Nov 30, 2010
Case: 10-20756                 Form ID: b18                Total Noticed: 18
```

The following entities were noticed by first class mail on Dec 02, 2010.
```
db            Samuel S Islas,   12172 W. Edinger, Apt. 208,   Fountain Valley, CA  92708
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA  94280-0001
27081092     +Citibank,   Po Box 22828,   Rochester, NY 14692-2828
27081094     +Downey Savings & Loan,   3501 Jamboree Rd Ste 410,   Newport Beach, CA 92660-2939
27081097      Rancho Santiago,   17th At Bristol St,   Santa Ana, CA 92780
27081099     +Schoolsfst,   2115 N Broadway,   Santa Ana, CA 92706-2613
27081100     +Slc Conduit I Llc,   99 Garnsey Rd,   Pittsford, NY 14534-4565
```

The following entities were noticed by electronic transmission on Dec 01, 2010.
```
tr            EDI: QKSNAYLOR.COM Dec 01 2010 01:33:00      Karen S Naylor (TR),   P.O. Box 504,
               Santa Ana, CA  92702-0504
smg           EDI: EDD.COM Dec 01 2010 01:33:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Dec 01 2010 01:33:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
cr           +EDI: BASSASSOC.COM Dec 01 2010 01:33:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
27081088     +EDI: AMEREXPR.COM Dec 01 2010 01:33:00      Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
27081089     +EDI: BANKAMER2.COM Dec 01 2010 01:33:00      Bank Of America,   Po Box 1598,
               Norfolk, VA 23501-1598
27081090     +EDI: CAPITALONE.COM Dec 01 2010 01:33:00      Cap One,   Po Box 85520,   Richmond, VA 23285-5520
27081091     +EDI: CITICORP.COM Dec 01 2010 01:33:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
27081093     +EDI: DISCOVER.COM Dec 01 2010 01:33:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
27081095     +EDI: RMSC.COM Dec 01 2010 01:33:00      Gemb/Sams Club,   Po Box 981400,   El Paso, TX 79998-1400
27081096     +EDI: HFC.COM Dec 01 2010 01:23:00      Hsbc/Costco,   Pob 15521,   Wilmington, DE 19850-5521
27081098     +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG                            Schoolsfirst Fcu,
               Po Box 11547,   Santa Ana, CA 92711-1547
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Aurora Loan Services, LLC, its assignees and/or su
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**                              **Signature:**    _Joseph Speetjens_